UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-650-RJC

| | |
|---|---|
| **GREGORY DARIN ANDERSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **AMS AUTO KING and JOHN GIRST,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** comes before the Court sua sponte. On January 10, 2012, the Clerk of Court ordered Plaintiff Gregory Darin Anderson ("Plaintiff") to file a sworn statement attesting that he had exhausted his administrative remedies in accordance with 42 U.S.C. § 1997e and his most recent prisoner trust fund account statement in accordance with 28 U.S.C. § 1915. (Doc. No. 2). The clerk gave Plaintiff twenty days to obey the order. (Id.). Further, the clerk warned Plaintiff that his failure to obey the order would result in dismissal of this action. (Id.). Plaintiff has not filed the requested materials.

The Court has been unable to evaluate Plaintiff's motion to proceed without prepaying filing fees, (Doc. No. 1-1), or conduct an initial review without this information. Pursuant to the clerk's order, and Plaintiff's failure to obey it, this case is **DISMISSED.**

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint, (Doc. No. 1), is **DISMISSED**.

Signed: February 29, 2012

*[signature]*

Robert J. Conrad, Jr.
Chief United States District Judge