# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gregory Darin Anderson ,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                          3:11-cv-650

AMS Auto King, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 29, 2012 Order.

                                                Signed: February 29, 2012

                                                Frank G. Johns, Clerk
                                                United States District Court